# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | MJ 18-03258 |
| Jose Fernando Garcia, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_. IT IS ORDERED that a detention hearing is set for _Friday_, _12/14/18_, at _10:00_ ☒a.m. / ☐p.m. before the Honorable _Steve Kim_, in Courtroom _341, 3rd Floor, Roybal_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _December 11, 2018_

_/s/ Steve Kim_
Steve Kim, U.S. Magistrate Judge